UNITED STATES DISTRICT COURT
__Fifth__ DISTRICT OF __Texas__
__El Paso__ DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff - Respondent, )
) USDC Case No: __EP-09-CR-3071-DB(1)__
)
vs. )
)
__Martha A. Garnica__ ) Hon. __Judge Briones__
)    United States District Judge
    Defendant - Petitioner. )

PRO SE MOTION FOR MODIFICATION OF SENTENCE
PURSUANT TO 18 U.S.C. §3582(c)(2)

(Retroactive Guideline Amendment 782)

    I hereby respectfully request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and the new guideline amendment 782 to the United States Sentencing Guidelines, which make a reduction in the base offense level for most drug offenses retroactive as of November 1, 2014.

    In support of my motion, I state as follows:

1.     I am currently serving a federal term of imprisonment.

2.     My sentence was based, at least in part on drugs __(Marijuana)__ (Yes/No)

3.     I was sentenced in the __5th__ District of __Texas__ by Judge __Briones__ on __8-26-10__ (date) to a term of __7__ months in prison. My total offense level was __33__ and my criminal history category was __33__.

4.     My projected release date is __5-11-2027__

5. I hereby request a court appointed attorney __YES__ (~~Yes~~/~~No~~) and permission to proceed in forma pauperis.

Signature of Petitioner: *Martha A. Garnica*  Date: 7-12-15

Print or Typed Name: Martha A. Garnica  Reg. No. 49651-280

Current Address: Waseca F.C.I  1731 P.O. Box
Waseca, Mn 56093

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via postage prepaid United States Mail to the Office of the U.S. Attorney for the _____ District of _____ this ___ day of _____, 2015

Signature: _____

_____, CASE MANAGER
AUTHORIZED BY THE ACT OF JULY 27, 1955
TO ADMINISTER OATHS (18 USC 4004)